## Alfred DELMONT, Plaintiff-Appellant, v. AMERICAN KENNEL CLUB and The Westminster Kennel Club, Defendants-Appellees.

### No. 167, Docket 21893.

United States Court of Appeals
Second Circuit.

Argued Jan. 11, 1951.
Decided Jan. 31, 1951.

Moritt, Eisenstein & Johnson, New York City, (Frederic A. Johnson, New York City, of counsel), for plaintiff-appellant.

Regan & Barrett and Edward G. Bathon, all of New York City, for defendant-appellee American Kennel Club.

Winthrop, Stimson, Putnam & Roberts, and Peter H. Kaminer, all of New York City (John N. Regan, Edward G. Bathon, Peter H. Kaminer and James S. Rosenman, all of New York City, of counsel), for defendant-appellee Westminster Kennel Club.

509

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Martin v. National League Baseball Club, 2 Cir., 174 F.2d 917.